

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ECTOR COUNTY AND ECTOR COUNTY SHERIFF'S OFFICE, | § | No. 08-22-00127-CV |
| | § | Appeal from the |
| Appellants, | § | 161st Judicial District Court |
| v. | § | of Ector County, Texas |
| HENRY GRACE, | § | (TC# B-19-11-1524-CV) |
| Appellee. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment dismissing Grace's claims for lack of subject-matter jurisdiction.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant and all costs incurred in the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF FEBRUARY, 2023.


LISA J. SOTO, Justice


Before Rodriguez, C.J., Soto, J., Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (sitting by assignment)